UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DANIEL BUCNIS,**

      **Plaintiff,**

v.                                                  Case No:   5:14-cv-252-Oc-22PRL

**TAXPREP1, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on Amended Joint Motion to Approve FLSA Settlement and Dismiss Case (Doc. No. 32) filed on June 1, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed June 4, 2015 (Doc. No. 33), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Amended Joint Motion to Approve FLSA Settlement and Dismiss Case (Doc. No. 32), is hereby GRANTED.  The Court finds the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

3.      This case is DISMISSED WITH PREJUDICE.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on June 22, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties